MINUTE ENTRY
NORTH, M.J.
JANUARY 12, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRESSCEL THOMAS | CIVIL ACTION |
| VERSUS | NUMBER: 17-10639 |
| MARLIN GUSMAN, ET AL. | SECTION: "B"(4) |

As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

                                                              MICHAEL B. NORTH
                                            UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE IVAN L.R. LEMELLE

MJSTAR (01:00)